UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUUL YIKALO TIKABO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION H-16-2197 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

Pursuant to the court's order signed this day, the Magistrate Judge's Memorandum & Recommendation (Dkt. 30) is ADOPTED IN FULL. Defendant United States' motion for summary judgment (Dkt. 21) is GRANTED. Judgement is entered in favor of defendant.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 18, 2017.

_____
Gray H. Miller
United States District Judge